**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CATERPILLAR FINANCIAL SERVICES
CORPORATION**                                                           **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 2-16-CV-153-KS-MTP**

**BUCKLEY EQUIPMENT SERVICES, INC.
AND JAMES ARNOLD BUCKLEYS**                                 **DEFENDANTS**

## ORDER

On January 19, 2017, Plaintiff Caterpillar Financial Services Corporation ("Movant") filed its Motion for Default Judgment [7]. Defendants ("Respondents") have until on or before **February 2, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, he may do so on or before **February 9, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___20th___ day of January, 2017.

                                                                                _____s/Keith Starrett_____
                                                                                KEITH STARRETT
                                                                                UNITED STATES DISTRICT JUDGE